Circuit Court for Montgomery County
Case No. 29834M
Argued: May 11, 2015

IN THE COURT OF APPEALS

 OF MARYLAND

Misc. Docket AG No. 6

September Term, 2014

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

GERALD ISADORE KATZ

_____

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

_____

PER CURIAM ORDER

_____

Filed: May 11, 2015

ATTORNEY GRIEVANCE                    *       **In the**
COMMISSION OF MARYLAND
                                      *       **Court of Appeals**

          v.                          *       **of Maryland**

                                      *       **Misc. Docket AG No. 6**
GERALD ISADORE KATZ
                                      *       **September Term, 2014**


                        **PER CURIAM ORDER**

      For reasons to be stated in an opinion later to be filed, it

is this 11th day May 2015,

      ORDERED, by the Court of Appeals of Maryland, that the

Respondent, Gerald Isadore Katz, be, and he is hereby, disbarred,

effective immediately, from the further practice of law in the State

of Maryland; and it is further

      ORDERED that the Clerk of this Court shall strike the name of

Gerald Isadore Katz from the register of attorneys, and pursuant

to Maryland Rule 16-760(e), shall certify that fact to the Trustees

of the Client Protection Fund and the clerks of all judicial tribunals

in the State; and it is further

      ORDERED that Respondent shall pay all costs as taxed by the

Clerk of this Court, including the costs of all transcripts, pursuant

to Maryland Rule 16-761(b), for which sum judgment is entered in

favor of the Attorney Grievance Commission of Maryland against Gerald

Isadore Katz.


                                      /s/ Mary Ellen Barbera
                                      Chief Judge